JACOB ADELMAN, Respondent, v. ALBERT R. FRITZ, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

THOMAS AHEARN, Appellant, v. SAMUEL I. NOVICK, ABRAHAM H. LEVINSON and HERMAN LEVIN, Respondents. 1026 CENTRAL AVENUE, INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

EMMA BENACH, Respondent, v. SABEL HAT CO., INC., Appellant.— Judgment reversed upon the law, and new trial granted, costs to appellant to abide the event, on the ground that it was error for the trial court to refuse defendant leave to amend the answer by pleading a justifiable discharge. Under Civil Practice Rule 166, no notice of an application for leave to amend at the trial is necessary. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of OLGA BERGMAN, Respondent, v. ANTHONY J. SHINNANSKY, Appellant.— Order of filiation of the Court of Special Sessions unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

JOHN COSTELLO, Appellant v. CATHARINE COSTELLO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ANTONIO D'AMBROSI, Sometimes Known as ANTONIA D'AMBROSIO, by BIAGIO CORRADO, as Her Attorney in Fact, Respondent, v. MATTEO MARTORELLO, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

GEORGE DE RAPALIE, Appellant, v. RICHARD E. GAVIN and ADDRESSING MACHINE COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ERIE RAILROAD COMPANY, Respondent, v. ORANGE COUNTY PUBLIC SERVICE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

A. H. GILDERSLEEVE, Respondent, v. SAMUEL GINSBURG and Others, Appellants. ALBERT AINBINDER, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.